UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.,

Plaintiff,

-vs-                                                                  Case No.  6:04-cv-781-Orl-28JGG

RIDE & SHOW ENGINEERING, INC.,

Defendant.

_____

## ORDER

On September 26, 2005, Plaintiff Universal City Development Partners, Ltd. filed a notice of supplemental authority informing this Court of Judge Frees' 58-page *Markman* ruling issued in Ride & Show Engineering, Inc. v. Walt Disney Parks & Resorts, LLC, Case No. CV 03-6895 GAF (SHx).  (Plaintiff's Notice of Supplemental Authority, Doc. 166).  Upon consideration of Plaintiff's notice and Judge Frees' ruling, the Court hereby orders that the parties in this case show cause why this Court should or should not adopt the findings of Judge Frees.  The parties' briefs must be submitted within ten (10) days of this Order and shall not exceed twenty (20) pages.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___28___ day of

September, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party